

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00057-CV

**IN THE INTEREST OF L.A.A.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17882
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1). Costs of appeal are taxed against Appellant Dawn Renee Garza.

SIGNED September 9, 2015.

_____
Karen Angelini, Justice